Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 29 2011 ★

BROOKLYN OFFICE

December 21, 2011

Re: United States v. Obea Key, Docket No. 98-CR-446-01

Dear Your Honor Judge Korman,

During the months of November & December 2007, former appellate attorney Bernie I. Hinde provided counselor Hencele of Clinton Correctional Facility copies of my federal judgment of commitment papers and a letter requesting that I be placed in protective custody due to my cooperation in the above case, which the court and the government acknowledged during sentencing. Amongst the papers provided by Mr. Hinde were documents labeled "Not For Public Disclosure", which is part of my commitment papers.

In retaliation for being labeled as the sole cause of an officer's arrest for mail theft, prison officials of Coxsackie and Elmira Correctional Facilities provided inmates with copies of documents provided by Mr. Hinde, and recently the Assistant U.S. Attorney Todd Kaminsky. In addition and as an attempt to regain street credibility, Michael Mathis (codefendant) also provided altered documents bearing signatures of federal agents indicating I am the sole cause of his (Michael Mathis)

1

arrest and conviction, and that I snitched on a rap recording artist, Rakim.

In retaliation for an officer being arrested and found in possession of my inbound mail at Sing Sing Correctional Facility (see enclosed documents), prison officials are refusing to place me in protective custody, and have altered my mental health records to indicate I am paranoid and delusional. The documents relating to the above case provided to counselor Ms. Sweets of Elmira Corr. Fac. by Ms. Philips were also recently provided to inmates and is now circulating throughout State correctional facilities. I am being called a government rat by prison officials, and told I will suffer severe consequences if I pursue civil litigation against prison officials of the Department of Corrections.

To avoid a fake and fabricated response from the Assistant U.S. Attorney, Judy Philips, I am providing documents as evidence of intentional mail tampering since 2004, which continues to date.

Since sentencing on the above case, I have been under constant threat and near physical attacks due to my cooperation in the above case, an issue and threat this court refuse to take serious.

I am requesting the court to respond to this letter, and issue an order for placement in protective custody.

I kindly thank you for all and any assistance provided.

Yours truly,
Glenn Key

2

Dsep Key - 03A3031
Wende Correctional Facility
3040 Wende Rd, P.O. Box 1187
Alden, New York 14004-1187

3



UNITED STATES POSTAL INSPECTION SERVICE

NEW YORK DIVISION

February 1, 2011

Inmate
Sing Sing Correctional Facility

Dear Postal Customer:

Incident to an investigation conducted by this office, Postal Inspectors arrested an individual who was in possession of stolen **inbound** mail.

The enclosed mail, which was recovered by Postal Inspectors, was used as supportive evidence in this investigation. The prosecutor's office has decided that this mail is no longer needed as evidence and may be released. Consequently, it is being returned to you.

As information, the United States Postal Inspection Service is the Law Enforcement Branch of the U.S. Postal Service investigating crimes involving the U.S. Mail. Please be assured of our continued attention to the security of mail matter while in the custody of the U.S. Postal Service.

Sincerely,

United States Postal Inspection Service
475 L' Efant Plaza, S.W.
Washington, DC 20260-2181

475 L'EFANT PLAZA, S.W.
WASHINGTON, DC 20260-2181



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS – BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

BRIAN FISCHER
COMMISSIONER

VERNON FONDA
CHIEF OF INVESTIGATIONS/
INSPECTOR GENERAL

**TO:** Key 03A3031

**FROM:** DOCS Inspector General's Office

**DATE:** February 1, 2011

**RE:** **MAIL THEFT**
**SING SING CORRECTIONAL FACILITY**

---

The New York State Department of Correctional Services Inspector General's Office and the United States Postal Inspection Service recently concluded a joint investigation into mail theft at the Sing Sing Correctional Facility. (See attached memo from the United States Postal Inspection Service)

The recovered mail was removed from Sing Sing Correctional Facility between 2006 and 2008.

Accordingly, all mail that was received as a result of the investigation is being returned to the effected persons. Any questions should be addressed to the United State Postal Inspection Service.

Attachment

# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION
### GRIEVANCE FORM
*Do Not Separate Forms*



Grievance #: 63-04-04    Date: 4-18-04

Print Name: **Key** (Last) **Olsen** (First)    Location: B4/13    CC: 04002284

**I.**

**A. Brief, but specific, description of the issue(s) grieved:**
Certified legal mail receipts shows legal mail was mailed from Smithtown Post office. This facility is liable for any and all actions caused by officers.

Number of additional sheets attached: ( )

**B. Documentation or Information to support the grievance:**
PS 3800 forms returned from Smithtown Post office. This facility does not use the Smithtown Post office for outgoing mail.

Number of additional sheets attached: ( )

**C. Actions requested by the Grievant:**
Action should be taken so I or any inmate can use mail service without officers tampering with mail, especially legal mail.

Number of additional sheets attached: ( )

Grievant's Signature: *Olsen Key*    Date: 5/12/04

**II. Decision of the Grievance Coordinator:**

(✓) Grievance Accepted    ( ) Grievance Denied    ( ) Non-Grievable Issue

Specific facts and reasons supporting decision:
SUPERVISOR OF MAIL HAVE TAKEN STEPS TO ACCURE MAIL WILL BE TAKEN TO HICKSVILLE AND E. MEADOW POST OFFICE.

Number of additional sheets attached: ( )

Grievance Coordinator's Signature    Date: 5/12/04

**III. Acceptance/Appeal of Grievance Coordinator's decision:**

(✓) I have read and accept the Grievance Coordinator's decision.
( ) I have read and appeal the Grievance Coordinator's decision.

Grievant's Signature: *Olsen Key*    Date: 5/17/04

**IV. Decision of Chief Administrative Officer:**

( ) Grievance Accepted.
( ) Grievance Denied.

Specific facts and reasons supporting decision:

Number of additional sheets attached: ( )

Chief Administrative Officer's Signature    Date:

V. If a grievance was denied, in whole or in part, the Grievant has the right to appeal to the Citizen's

This facility does not use the Smithtown Post Office for it's outgoing bulk mail. The Hicksville Post Office handles this facility's in and outgoing bulk mail.





(Exhibit B)

| STATE OF NEW YORK | GRIEVANCE NO. SS/39623/04 | DATE FILED 10/12/04 |
|---|---|---|
| DEPARTMENT OF CORRECTIONAL SERVICES | FACILITY SING SING C.F. | POLICY DESIGNATION INSTITUTIONAL |
| Inmate Grievance Program | TITLE OF GRIEVANCE LEGAL MAIL | CLASS CODE 41 |
| | SUPERINTENDENT'S SIGNATURE BFischer | DATE 10/27/04 |
| GRIEVANT: O. KEY | DIN #: 03-A-3031 | HOUSING UNIT: HBC |

GRIEVANT CLAIMS THAT WHILE SIGNING FOR A LEGAL LETTER, HE NOTICED HIS NAME WAS IN THE LOGBOOK TWICE, BUT HE NEVER RECEIVED THE SECOND PIECE OF MAIL. HE WANTS THE MISSING LETTER LOCATED AND GIVEN TO HIM, OR AN INVESTIGATION TO FIND OUT WHAT THE LETTER CONCERNED.

GRIEVANCE ACCEPTED. THE SENIOR COUNSELOR IN CHARGE OF CORRESPONDENCE HAD CONTACTED THE ATTORNEY GENERAL'S OFFICE AND REQUESTED COPIES BE RE-MAILED TO THE GRIEVANT. THE MAIL HAS SINCE BEEN RECEIVED AND FORWARDED TO THE GRIEVANT.

*[handwritten annotation]: letter was never received or forwarded to grievant. (See Exhibit C dated November 22, 2004).*

*[handwritten annotation in margin]: ...intendent signed grievance without any knowledge of letter received from Attorney General's ...e.*

**APPEAL STATEMENT**

IF YOU WISH TO REFER THE ABOVE DECISION OF THE SUPERINTENDENT, PLEASE SIGN BELOW AND RETURN THIS COPY TO YOUR INMATE GRIEVANCE CLERK. YOU HAVE FOUR (4) DAYS FROM RECEIPT OF THIS NOTICE TO FILE YOUR APPEAL. PLEASE STATE WHY YOU ARE APPEALING THIS DECISION TO C.O.R.C.

_____
_____
_____
_____

GRIEVANT'S SIGNATURE          DATE

GRIEVANCE CLERK'S SIGNATURE   DATE

*[handwritten annotation at bottom]: ...nce not signed by grievant as grievant was not confined in facility (SSCF) on day grievance was ...d by Superintendent, Brian Fischer.*

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: *[signature]*

DIN: 02A3031

Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

049J82020255
$00.64⁰
Mailed From 14004
12/22/2011
US POSTAGE